# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROS KAZARYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant. | Case No. 1:24-cv-01268-KES-HBK<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 11) |

On September 5, 2025, the parties filed a Joint Stipulation and Proposed Order to Amend the Scheduling Order. (Doc. No. 11). Therein, the parties provide a status on the case, advise the Court that the parties have a mediation scheduled for November 4, 2025, and include a request to extend the deadlines in the January 17, 2025 Case Management and Scheduling Order. The Court finds good cause to grant an extension to certain deadlines in the Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4); Local Rules 143 and 144(d).

Accordingly, it is **ORDERED:**

1. The parties' joint motion to extend the case management and scheduling deadlines (Doc. No. 11) is GRANTED to the extent set forth herein.

2. The following extended dates shall govern the management of this action

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 12/15/2025 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 01/13/2026 |
| Deadline for defendants to disclose expert report(s). | 01/13/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 02/10/2026 |
| Deadline for expert discovery. | 03/10/2026 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. **The parties may contact Chambers prior to this date to arrange a settlement conference.** | 04/13/2026 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 04/24/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 08/10/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. (Second or Fourth Monday) (Judge Sheriff requires 16 weeks from dispositive motion filing date) | 08/24/2026 at 1:30 p.m. |
| Trial Date. (Tuesday) | 10/20/2026 at 8:30 a.m. |

3. The procedures set forth in the January 17, 2025 Case Management and Scheduling Order (Doc. No. 8) will continue to govern this action.

Dated:  September 8, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2